**JOHNNY L. GRIFFIN, III (SBN 118694)**
Law Offices of Johnny L. Griffin, III
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
KAMALJIT SINGH KHERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KAMALJIT SINGH KHERA, <br><br> Defendant. | Case No. CR-S-03-103 FCD <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO PRE-SENTENCE REPORT** <br><br> Date: June 27, 2005 <br> Time: 9:30 a.m. <br><br> Honorable Frank C. Damrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Anne Pings, and Defendant KAMALJIT SINGH KHERA, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue judgment and sentencing in the above captioned case from June 27, 2005 to September 12, 2005 at 9:30 a.m.[1]

---

1. The parties have been advised by this Court's Clerk that September 12, 2005 at 9:30 a.m. is an available date and time for sentencing on this matter

U.S. v. Kamaljit Singh Khera
Cr-S-03-103 FCD
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

In addition, the Probation Officer and all parties have agreed to adhere to this modified schedule:

| | |
|---|---|
| Date of referral to Probation Officer: | 03/10/05 (Date of verdict) |
| Judgment and sentencing date: | 09/12/05 @ 9:30 a.m. |
| Government Opposition to Defendant's Motion for correction of the Pre-Sentence Report and Sentencing Memorandum: | 08/29/05 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 08/15/05 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 08/08/05 |
| The Government files its response to Defendant's objections to the Pre-Sentence Report no later than: | 07/25/05 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/08/05 |
| The proposed Pre-Sentence Report disclosed To counsel: | 05/31/05 |

///

///

U.S. v. Kamaljit Singh Khera
Cr-S-03-103 FCD
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1

2  Dated: _____           Respectfully submitted,

3                                    /s/ Anne Pings
                                    ANNE PINGS[2]
4                                   Assistant U.S. Attorney

5

6
   Dated: _____            /s/ Johnny L. Griffin, III
7                                   JOHNNY L. GRIFFIN, III
                                    Attorney for KAMALJIT SINGH KHERA
8

9
       **IT IS SO ORDERED.**
10

11

12 Dated: June 20, 2005             /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL, JR.
13                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25 _____

[2] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

U.S. v. Kamaljit Singh Khera                          Law Offices of Johnny L. Griffin III
Cr-S-03-103 FCD                                       1010 F Street, Suite 200
STIPULATION AND ORDER                                 Sacramento, CA 95814