1 **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
JOHNNY L. GRIFFIN, III (SBN 118694)
2 1010 F Street, Suite 200
Sacramento, CA 95814
3 Telephone: (916) 444-5557
Facsimile: (916) 444-5558
4
Attorneys for Defendant
5 KAMALJIT SINGH KHERA

6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9

10

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | Case No. CR-S-03-103 FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY SCHEDULE FOR FILING OF DEFENDANT'S SENTENCING MEMORANDUM** |
| vs. ) | |
| KAMALJIT SINGH KHERA, ) | Date: September 12, 2005 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | |
| ) | Honorable Frank C. Damrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Anne Pings, and Defendant KAMALJIT SINGH KHERA, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue judgment and sentencing in the above captioned case from September 12, 2005 to October 24, 2005 at 9:30 a.m.[1]

///

---

1. The parties have been advised by this Court's Clerk October 24, 2005 at 9:30 a.m. is an available date and time for sentencing on this matter.

U.S. v. Kamaljit Singh Khera
Cr-S-03-103 FCD
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

In addition, the parties have agreed to adhere to this modified schedule:

| | |
|---|---|
| Judgment and sentencing date: | 10/24/05 @ 9:30 a.m. |
| Defendant's Reply to Government's Opposition to Defendant's Sentencing Memorandum | 10/11/05 |
| Government Opposition to Defendant's Sentencing Memorandum | 09/26/05 |
| Defendant's Sentencing Memorandum | 09/06/05 |

Dated: August 15, 2005        Respectfully submitted,

   /s/ Anne Pings
ANNE PINGS[2]
Assistant U.S. Attorney

Dated: August 15, 2005         /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for KAMALJIT SINGH KHERA

**IT IS SO ORDERED.**

Dated: August 16, 2005        /s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR.
United States District Judge

---

[2] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

U.S. v. Kamaljit Singh Khera
Cr-S-03-103 FCD
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814