McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-03-103-FCD |
| Plaintiff, | ) ORDER |
| v. | ) |
| KAMALJIT KHERA, | ) |
| Defendant. | ) |

Upon the motion made by the United States, and non-opposition by the defendant, and for the reasons set forth therein,

**IT IS HEREBY ORDERED:**

The Pre-Trial Services Agency shall:

1) provide a copy of the Pre-Trial Services Report to both parties;

2) disclose to both parties any records or notes of defendant's statements to the Pre-Trial Services Officer regarding his employment status; and

3) to permit relevant current or former Pre-Trial Services personnel to testify regarding defendant's statements, or to provide sworn declarations or affidavits as to those statements to either party.

Date: September 13, 2005          /s/ Frank C. Damrell Jr.
                                  HON. FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT COURT