```
McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. S-03-0103-FCD |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S MOTION AND PROPOSED ORDER TO CORRECT TRANSCRIPT PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(e) |
| KAMALJIT SINGH KHERA, ) | |
| Defendant. ) | |

The government hereby moves, pursuant to Fed. R. App. P. 10(e), to correct an error in the transcription of the sentencing proceedings which occurred on January 30, 2006.

On January 30, 2006, this Court, in sentencing the defendant, considered the issue of the applicability of the sentencing guideline provision U.S.S.G. § 2D1.1(b)(1) which provides: "if a dangerous weapon (including a firearm) was possessed, increase by 2 levels."  The notes provide: "The adjustment should be applied if the weapon was present, unless it is <u>clearly improbable</u> that the weapon was connected with the offense."  U.S.S.G. 2D1.1(b)(1), Application Note 3 (emphasis added).  The defendant has raised this issue on appeal in C.A. No. 06-10102, currently pending in the United States Court of Appeals for the Ninth Circuit.

1    In several instances, the transcription reflects that the
2 district court used the term "clearly and probable" instead of the
3 term, "clearly improbable."  R.T. 833: 25, 834;9, 11-12, 15-16.  It
4 is clear from the context and from this Court's action in imposing
5 the enhancement, and consistent with the undersigned's recollection,
6 that this Court properly applied the "clearly improbable" standard
7 contained in U.S.S.G. 2D1.1.
8    Therefore, the government hereby moves for an order directing
9 the court reporter to review her notes and / or any tapes to clarify
10 whether the Court used the term "clearly improbable" and, if
11 appropriate, produce a corrected transcript to then be filed with
12 the clerk's office of the district court in the same manner as
13 transcripts are regularly filed for appeal.

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Anne Pings
                     By:_____
                              ANNE E. PINGS
                              Assistant U.S. Attorney

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE PINGS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2785
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,     )      Cr. S-03-0103-FCD
11                                )
                   Plaintiff,     )
12                                )      ORDER TO CORRECT TRANSCRIPT
         v.                       )      PURSUANT TO FEDERAL RULE OF
13                                )      APPELLATE PROCEDURE 10(e)
    KAMALJIT SINGH KHERA,         )
14                                )
                   Defendant.     )
15  _____)
```

16   Upon consideration of the government's motion, it is hereby

17  ordered, pursuant to Fed. R. App. P. 10(e), that the court reporter

18  shall review her notes and / or any tapes of the sentencing

19  proceeding on January 30, 2006, to clarify whether the Court used

20  the term "clearly improbable" or "clearly and probable" and, if

21  appropriate, produce a corrected transcript to then be filed with

22  the clerk's office of the district court in the same manner as

23  transcripts are regularly filed for appeal.

24   **IT IS SO ORDERED.**

25  DATED: February 28, 2007

28  _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE