IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-03-103 FCD EFB P

    vs.

KAMALJIT SINGH KHERA,

    Movant.                         <u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since movant may be entitled to the requested relief, respondent is directed to file an answer, motion or other response within thirty days of the effective date of this order. *See* Rule 4(b), Rules Governing Section 2255 Proceedings.

      Respondent shall include with an answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's reply, if any, is due on or before thirty days from the date respondent's answer is filed. *Id.*

////

////

1

1  The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
2  amended motion and exhibits (docket nos. 348 (Part 2), 353, 358), on the United States Attorney
3  or his authorized representative.  The Clerk shall also terminate docket number 348, as it is
4  superceded by the motion filed in docket number 358.
5  So ordered.
6  DATED: June 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE