
BENJAMIN B. WAGNER
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 252-1435
E-Mail: Anne.Pings@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-03-103-FCD |
| Plaintiff, | |
| v. | ORDER ON GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE |
| KHAMALJIT SINGH KHERA, | PURSUANT TO FED.R.CRIM.P. 35(b) |
| Defendant. | |

The United States has moved pursuant to Rule 35(b)(2)(C), for a reduction of defendant Khera's sentence from 360 months to 240 months. For good cause shown, IT IS SO ORDERED.

Dated: November 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE