IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                        No. CR S-03-103 FCD EFB P

    vs.

KAMALJIT SINGH KHERA,

    Movant.                         <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding with counsel, has filed a second amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since movant may be entitled to the requested relief, respondent is directed to file an answer, motion or other response on or before January 18, 2011. *See* Rule 4(b), Rules Governing Section 2255 Proceedings. Respondent shall include with an answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's reply, if any, is due on or before thirty days from the date respondent's answer is filed. *Id.*

////

////

////

1  On March 10, 2010, the court issued an order staying briefing on movant's section 2255
2  motion pending resolution of the government's motion filed pursuant to Rule 35(b) of the
3  Federal Rules of Criminal Procedure.  Dckt. No. 368.  As that motion is now resolved, Dckt. No.
4  372, the stay on briefing movant's section 2255 motion is lifted.
5  The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
6  November 10, 2010 motion on the United States Attorney or his authorized representative.
7  So ordered.
8  Dated:  November 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE