BENJAMIN B. WAGNER
United States Attorney
ANNE E. PINGS (Cal. State Bar No. 151624)
Special Assistant United States Attorney
500 "I" Street
Sacramento, California 95814
Telephone: (213) 894-7407
E-mail: anne.pings@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,

        v.

KAMALJIT S. KHERA,

        Movant.

No.  CR-03-0103-EFB

ORDER SETTING DATE FOR
SUBMISSION OF STATUS REPORT
REGARDING EVIDENTIARY HEARING
ON DEFENDANT'S MOTION FILED
UNDER 28 U.S.C. § 2255

Having reviewed the stipulation submitted by counsel for the Movant and Respondent in this matter, the Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support setting a date of January 31, 2013, for the parties to submit a status memorandum regarding proposed settlement of this matter.

DATED:  December 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE