UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAMALJIT SINGH KHERA,<br><br>Defendant. | No. 2:03-cr-103-JAM-EFB P<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY |

Defendant is a federal prisoner proceeding without counsel.  On October 18, 2013, he filed a motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g).  ECF No. 411.

Accordingly, IT IS HEREBY ORDERED that the United States shall file a response to defendant's motion within 60 days of the filing date of this order.  Defendant's reply, if any, shall be filed within 30 days thereafter.

Dated:  December 9, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE