UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAMALJIT SINGH KHERA,<br><br>Defendant. | No. 2:03-cr-103-JAM-EFB P<br><br><br><br>ORDER |

Defendant was convicted of several narcotics violations in March 2005. On May 14, 2015, the court granted in part defendant's pro se motion for the return of property pursuant to Federal Rule of Criminal Procedure 41(g). As to defendant's gun and magazines, however, the court stayed the matter pending the United States Supreme Court's decision in Henderson v. United States, 135 S. Ct. 402. ECF No. 417. On April 8, 2015 and again on May 26, 2015, the postal service returned mail directed to defendant as "undeliverable." ECF Nos. 416, 418.

Accordingly, on August 4, 2015, the magistrate judge issued findings and recommendations recommending that defendant's Rule 41(g) motion be terminated. Those findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.

/////

/////

1

Neither party has filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 4, 2015, are adopted in full; and

2. Defendant's Rule 41(g) motion is terminated. See Fed. R. Civ. P. 41(b); Local Rules 110, 183(b).

DATED: October 15, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

---

[1] Once again, mail directed to defendant was returned by the Postal Service on August 14, 2015.

2